## ROSS v. COMMONWEALTH

(Decided October 8,. 1929.)

C. H. Hatchett and E. H. Smith for movant.

J. W. Cammack, Attorney, General, and George H. Mitchell, Assistant Attorney General, for the Commonwealth.

PER CURIAM. Judgment of conviction for assault and battery imposing a fine of $100 and 30 days' imprisonment.

Appeal denied; judgment affirmed.


## STEUERLE v. DUNCAN & SONS (a Corporation).

(Decided October 8, 1929.)

Walter S. Lapp, for movant.

Stanley Newhall opposed.

PER CURIAM. Judgment for $440.50 in an action for materials and labor.

Appeal denied; judgment affirmed.


## MAIER v. ROBINSON.

(Decided October 11, 1929.)

Dodd & Dodd for movant.

Robert Hubbard opposed.

PER CURIAM. Judgment for $200 in an action for damages for assault and battery.

Appeal denied; judgment affirmed.